FRANK SIBONALER v. STATE.

No. A-2853.   Opinion Filed March 25, 1918.

Rehearing Denied September 24, 1918.

(174 Pac. 1182.)

Appeal from County Court, Oklahoma County;
W. H. Zwick, Judge.

Frank Sibonaler was convicted of violating the prohibitory liquor law, and he appeals.  Affirmed.

Twyford. Smith & Crowe, for plaintiff in error.

S. P. Freeling, Atty. Gen., and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.  Frank Sibonaler was convicted at the April, 1916, term of the county court of Oklahoma county on a charge of having unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at 30 days' imprisonment in the county jail and a fine of $50.  Upon a careful examination of the record, we find no error sufficient to warrant a reversal of the judgment.  It is therefore in all things affirmed.

---

ELI MILLER v. STATE.

No. A-2773.   Opinion Filed August 17, 1918.

Rehearing Denied September 24, 1918.

Appeal from County Court, Garfield County;
E. W. Swigert, Judge.

Eli Miller was convicted of unlawfully transporting intoxicating liquor, and he appeals.  Affirmed.

H. J. Sturgis (E. C. Patton, of counsel), for plaintiff in error.

S. P. Freeling, Atty. Gen., and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.  The plaintiff in error, Eli Miller, was convicted in the county court of Garfield county at the October, 1915, term, on a charge of unlawfully conveying intoxicating liquor from one place in said county to another place therein, and his punishment fixed at a fine of $500 and imprisonment in the county jail for a period of 80 days. A careful review of the record discloses no prejudicial error sufficient to warrant a reversal of the judgment.  It is therefore affirmed.

---

Ex Parte W. G. ROBERTS (two cases).

Nos. A-3435, A-3447.   Opinion Filed September 7, 1918.

(174 Pac. 1182.)

Application by W. G. Roberts for writs of habeas corpus.  Dismissed.

D. M. Martindale, for petitioner.

PER CURIAM.  Application of petitioner to withdraw petitions allowed, and causes dismissed.